# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **KRISTOFF MICHAEL HUNTER,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:21-cv-00168-MR |
| | ) | 1:19-cr-00087-MR-WCM |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2021 Memorandum of Decision and Order.

September 21, 2021

*[signature]*
Frank G. Johns, Clerk
United States District Court