# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00168-MR
# CRIMINAL CASE NO. 1:19-cr-00087-MR-WCM-2

| | |
|---|---|
| **KRISTOFF MICHAEL HUNTER,** ) <br> ) <br> **Petitioner,** ) <br> ) <br> **vs.** ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> **Respondent.** ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on Petitioner's *pro se* "Motion for an Extension of Time to File a Response to the Government's Reply Motion to Vacate Set Aside or Correct Sentence" [Doc. 4].

Petitioner filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, contending solely that counsel provided ineffective assistance for failing to file a notice of appeal pursuant to his express instruction to do so. [Doc. 1]. The Government filed a Response conceding that relief should be granted. [Doc. 3]. On September 21, 2021, the Court granted the Motion to Vacate and instructed the Clerk to prepare an Amended Judgment so that the Petitioner will have the opportunity to prosecute a direct appeal. [Doc. 5].

Petitioner requests a 30-day extension of time in which to reply to the Government's Response so that he can supplement the record with evidence and affidavits that "would substantiate the '<u>granting</u>' of Petitioner's timely filed § 2255-motion." [Doc. 4 at 2].

The Petitioner has already been granted the § 2255 relief he sought and, accordingly, the instant Motion is denied as moot.

**IT IS, THEREFORE, ORDERED** that Petitioner's "Motion for an Extension of Time to File a Response to the Government's Reply Motion to Vacate Set Aside or Correct Sentence" [Doc. 4] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: September 22, 2021

Martin Reidinger
Chief United States District Judge